UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARLEE SUTHERLAND,<br><br>        Plaintiff,<br><br>    v.<br><br>KITSAP COUNTY, KITSAP COUNTY PUBLIC WORKS, *et al.*,<br><br>        Defendants. | Case No. C05-5462RJB<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT |

This matter comes before the court on the plaintiff's Motion to Extend Deadline to File Joint Status Report (Dkt. 7). The court has reviewed the motion and the file herein.

**I. BACKGROUND AND DISCUSSION**

On July 12, 2005, the plaintiff filed suit for employment discrimination. Dkt. 1-2 at 5-7. The court set October 19, 2005, as the deadline for filing the joint status report. Dkt. 3. The deadline was extended to November 9, 2005. On that day, the plaintiff moved for an extension of time to file the joint status report. Dkt. 7.

Counsel for the plaintiff informed the court, by letter, that on November 10, his license to practice law was suspended for 60 days. Dkt. 9. He further informed the court that he has been unable to arrange for another attorney to represent the plaintiff, Ms. Sutherland, during the time of his suspension. *Id.* Because it appears that Ms. Sutherland will be appearing *pro se* during the duration of her attorney's suspension and because counsel for the defendants have not opposed the motion for an extension of time, the court should grant the motion and extend the deadline for filing a joint status report.

ORDER - 1

## II. ORDER

Therefore, it is hereby

**ORDERED** that the plaintiff's Motion to Extend Deadline to File Joint Status Report (Dkt. 7) is **GRANTED**. The deadline for filing the joint status report shall be January 23, 2006.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

DATED this 29th day of November, 2005.

Robert J. Bryan
United States District Judge