THE HONORABLE JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARLEE SUTHERLAND,<br><br>            Plaintiff,<br><br>-vs-<br><br>KITSAP COUNTY, KITSAP COUNTY PUBLIC WORKS, RANDY CASTEEL, JON BRAND, RON YINGLING, PENNY STARKEY, GREG CIOC,<br><br>            Defendants. | NO.  C05-5462RJB<br><br>ORDER GRANTING MOTION PURSUANT TO CR 5(g) TO FILE UNDER SEAL THE DECLARATION OF JACQUELYN AUFDERHEIDE INSUPPORT OF MOTION TO DISQUALIFY DAVID SMITH, CLAYTON LONGACRE, AND RANDY LOUN |

      THIS MATTER came before the Court on Defendant Kitsap County's Motion Pursuant to CR 5(g) to File Under Seal the Declaration of Jacquelyn Aufderheide In Support of Motion to Disqualify David Smith, Clayton Longacre, and Randy Loun.  The Court has considered Defendant's motion, Plaintiff's opposition, if any, and Defendant's reply, if any.

      THEREFORE, IT IS HEREBY ORDERED THAT:

      1.      Defendant Kitsap County's Motion Pursuant to CR 5(g) to File Under

Seal the Declaration of Jacquelyn Aufderheide In Support of Motion to Disqualify David Smith, Clayton Longacre, and Randy Loun is GRANTED.

2. Kitsap County shall file under seal the Declaration of Jacquelyn Aufderheide In Support of Motion to Disqualify David Smith, Clayton Longacre, and Randy Loun.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

DATED this 11th day of October, 2006.

_____
Robert J Bryan
United States District Judge

Presented by:

RUSSELL D. HAUGE
Kitsap County Prosecuting Attorney

/s/Jacquelyn M. Aufderheide
JACQUELYN M. AUFDERHEIDE, WSBA #17374
Chief Deputy Prosecuting Attorney

_____
IONE GEORGE, WSBA # 18236
Senior Deputy Prosecuting Attorney
Attorneys for Defendant Kitsap County
614 Division Street, MS-35A
Port Orchard, WA  98366
Phone: 360-337-4992
Fax:    360-337-7083
E-mail:  jaufderh@co.kitsap.wa.us
          igeorge@co.kitsap.wa.us