UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARLEE SUTHERLAND,

    Plaintiff,

vs,

KITSAP COUNTY, KITSAP COUNTY PUBLIC WORKS, RANDY CASTEEL, JON BRAND, RON YINGLING, PENNY STARKEY, GREG CIOC,

    Defendants.

C05-5462RJB

**MINUTE ORDER**
RE: MOTIONS IN LIMINE

NOW, on this 20th day of October, 2006, the Court directs the Clerk to enter the following Minute Order pursuant to the pretrial conference held in this matter on October 13, 2006:

Plaintiff's Motions In Limine, Dkt # 55, is DENIED;

Defendant Kitsap County's Motions in Limine, Dkt 56:

A. The Court Should Exclude Evidence of Conduct and Stray Remarks by Ron Yingling and Doug Bear - DENIED, as set forth in the Court's oral ruling;
B. Exclude Allegations that Other Employees Received Compensation for Time Not Worked - DENIED, as set forth in the Court's oral ruling;
C. The Court Should Exclude Evidence of Cioc's Comments and Conduct Toward Other Women in the Workplace - GRANTED, as set forth in the Court's oral ruling;
D. The Court Should Exclude Evidence of Alleged Discriminatory or Retaliatory Action Against Other Employees - DENIED, as set forth in the Court's oral ruling;
E. The Court Should Preclude Any Evidence or Testimony Regarding Alleged Acts of Harassment Not Set Forth In Plaintiff's Answers to interrogatories and Requests for Production - GRANTED, as stated orally on the record;
F. The Testimony of Randall Romo Should be Excluded Because Plaintiff Failed to Identify Him as a Witness in Her Initial Disclosures Pursuant to FRCP 26(a)(1) - GRANTED, as stated orally on the record;
G. Court Should Exclude Testimony of David Smith or Other County Employees Regarding Plaintiffs' Mental Distress or Identifying the Cause of Her Mental Distress - DENIED IN PART AND GRANTED IN PART, as stated orally on the record;

H.  This Court Should Exclude Evidence that Defendant Created and Tolerated a Hostile Work Environment Against Females as a Class - GRANTED without prejudice as set forth in the Court's oral ruling;
I.  The Court should Exclude Evidence of a Rumor that Sutherland and Smith had an affair- GRANTED without prejudice as set forth in the Court's oral ruling.

For reasons stated orally on the record, Defendants' Motion to Disqualify, Dkt #60, is DENIED;

Defendants' Motion for Extension of Time for Serving and Lodging the Pretrial Order, to Strike Plaintiff's Responses to Motions in Limine and for Sanctions - GRANTED IN PART AND DENIED IN PART, as set forth in the Court's oral ruling.

The foregoing Minute Order entered by Dara Kaleel, by direction of the Honorable ROBERT J. BRYAN, United States District Judge.