# United States District Court

WESTERN DISTRICT OF WASHINGTON

CARELEE SUTHERLAND                                   JUDGMENT IN A CIVIL CASE

    v.

KITSAP COUNTY,  KTSAP COUNTY                      CASE NUMBER:  C05-5462RJB
PUBLIC WORKS

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    Plaintiff's Motion for Attorney's Fees and Expenses, Dkt #90, is GRANTED as follows: Plaintiff is awarded $40,000.00 in attorney and staff fees, and judgment should be entered for Plaintiff against Defendant Kitsap County in that amount.

    February 26, 2007                                   BRUCE RIFKIN
                                                         Clerk


                                                         /s/  Dara L.  Kaleel
                                                         By Dara L. Kaleel, Deputy Clerk